UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DASHONE MARCEL REYNOLDS #704241, Plaintiff | CIVIL DOCKET NO. 1:23-CV-00103 SEC P |
| VERSUS | JUDGE DRELL |
| MARCUS MYERS, Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 14), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Complaint (ECF No. 3) is DISMISSED WITHOUT PREJUDICE pursuant to Rule 41 of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 28 day of August 2023.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT